[838 NYS2d 797]

In the Matter of ROSANNA E. HECKL et al., Respondents, for the Appointment of a Guardian of the Property of AIDA C., an Alleged Incapacitated Person, Appellant. PERMCLIP PRODUCTS CORP., Intervenor-Respondent. (Appeal No. 2.)

Fourth Department, July 18, 2007

**APPEARANCES OF COUNSEL**

*Phillips Lytle LLP*, Buffalo (*Alan J. Bozer* of counsel), for appellant.

*Lippes Mathias Wexler Friedman LLP*, Buffalo (*Thomas J. Gaffney* of counsel), for petitioners-respondents.

**OPINION OF THE COURT**

SCUDDER, P.J.

■ ■ Same opinion by SCUDDER, P.J., as in *Matter of Aida C.* (44 AD3d 110 [2007]).

SCUDDER, P.J., CENTRA, LUNN, FAHEY, and PERADOTTO, JJ., concur.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.